**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT CHARLESTON**

**UNITED STATES OF AMERICA,**

**VS.**                                                  **CASE NO. 2:18-cr-00261**

**JUANITA CARRIE HAYNES,**

      **DEFENDANT.**

**MOTION FOR COMPASSIONATE RELEASE**

Now comes the Defendant, Juanita Carrie Haynes, by counsel, Timothy J. LaFon, and files this Motion for Compassionate Release pursuant to 18 U.S.C. §3582 in that the Defendant has extraordinary and compelling reasons for release as outlined in the Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, the Defendant requests the Court enter an Order granting her Motion for Compassionate Release, releasing her to Supervised Release, or at the very least, to home confinement, and setting this matter for Hearing if the Court so desires. The Defendant requests such other and further relief as this Court deems just.

**JUANITA CARRIE HAYNES**

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

**VS.**                                                                 **CASE NO. 2:18-cr-00261**

**JUANITA CARRIE HAYNES,**

      **DEFENDANT.**

## <u>CERTIFICATE OF SERVICE</u>

    I, Timothy J. LaFon, do hereby certify that the foregoing **"Motion for Compassionate Release"** has been served upon all parties via the Court's electronic filing system on the 23rd day of December 2021:

> Drew O. Inman, Esq.
> United States Attorney's Office
> P.O. Box 1713
> Charleston, West Virginia 25326-1713

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Attorneys for Defendant