```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                        Criminal Action No. 2:18-00261

**JUANITA CARRIE HAYNES**

<u>ORDER</u>

Pending are Defendant Juanita Carrie Haynes' motion for compassionate release (ECF 109) and memorandum in support (ECF 110) thereof, filed December 23, 2021, and supplemental memorandum (ECF 111) in support of her motion, filed December 27, 2021.

The court DIRECTS the United States to consider the above referenced filings and make immediate inquiry with the Bureau of Prisons as to Ms. Haynes' medical condition and status and inform the court thereof by 2:00 PM tomorrow.

Upon receipt of the requested response, the court will determine whether further assessment by the United States is appropriate, including whether a response to Ms. Haynes' motion for compassionate release is necessary.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 29, 2021

John T. Copenhaver, Jr.
Senior United States District Judge