```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              Criminal Action No. 2:18-00261

JUANITA CARRIE HAYNES

ORDER

Pending is the United States' motion to seal (ECF 114), filed December 29, 2021.

In the motion, the United States requests that Exhibit A, containing copies of the defendant's medical records, be sealed inasmuch as the medical records are not intended for public disclosure.  Upon review, the court GRANTS the motion (ECF 114) and ORDERS that Exhibit A be sealed pending further order of the court.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 30, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge