UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  Criminal Action No. 2:18-00261

**JUANITA CARRIE HAYNES**

ORDER

In view of the response by the United States to the court's order to inquire about defendant's medical condition and status (ECF 113), filed December 29, 2021, where it is noted if the defendant is released from federal custody under her motion for compassionate release that "financial responsibility for her bill will fall to her and her family," the defendant is asked to advise this same date as to whether she wishes to pursue her motion for compassionate release at this time. ECF 113 at 3.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 30, 2021

John T. Copenhaver, Jr.
Senior United States District Judge