# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

**VS.**                                                              **CASE NO. 2:18-cr-00261**

**JUANITA CARRIE HAYNES,**

      **DEFENDANT.**

### DEFENDANT'S RESPONSE TO THE DECEMBER 30, 2021 ORDER OF THE COURT

Now comes the Defendant, Juanita Carrie Haynes, by counsel, Timothy J. LaFon, and Responds to the Court's directive entered in its December 30, 2021 Order. After consultation with the Defendant's duly appointed Power of Attorney In Fact, the Defendant wishes to proceed with her Compassionate Release request.

                                        **JUANITA CARRIE HAYNES**

                                        **By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

**UNITED STATES OF AMERICA,**

**VS.**                                         **CASE NO. 2:18-cr-00261**

**JUANITA CARRIE HAYNES,**

      **DEFENDANT.**

## CERTIFICATE OF SERVICE

    I, Timothy J. LaFon, do hereby certify that the foregoing **"Defendant's Response to the December 30, 2021 Order of the Court"** has been served upon all parties via the Court's electronic filing system on the 30th day of December 2021:

>Drew O. Inman, Esq.
>United States Attorney's Office
>P.O. Box 1713
>Charleston, West Virginia 25326-1713

**CICCARELLO, DEL GIUDICE & LAFON**


By: /s/Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Attorneys for Defendant